B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Eagles Nest Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**80-0112904** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**545 Frederica Lane**<br>**Dunedin, FL**<br>ZIP Code **34698** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **16101 Nine Eagles Dr.**<br>**Odessa, FL 33556** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Eagles Nest Holdings, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                           Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Eagles Nest Holdings, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br>X **/s/ Christopher C. Todd**<br>Signature of Attorney for Debtor(s)<br>**Christopher C. Todd 72911**<br>Printed Name of Attorney for Debtor(s)<br>**McIntyre, Panzarella, Thanasides et al**<br>Firm Name<br>**400 N. Ashley Street**<br>**Suite 1500**<br>**Tampa, FL 33602**<br>Address<br><br>**813-899-6059 Fax:813-899-6069**<br>Telephone Number<br>**January 17, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X **/s/ Michael R. Sheeks**<br>Signature of Authorized Individual<br>**Michael R. Sheeks**<br>Printed Name of Authorized Individual<br>**Managing Member**<br>Title of Authorized Individual<br>**January 17, 2011**<br>Date | |

**United States Bankruptcy Court**
Middle District of Florida

In re _Eagles Nest Holdings, LLC_____
                      Debtor

Case No._____

Chapter_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael R. Sheeks<br>1660 Sparkling Court<br>Dunedin, FL 34698 | | | 50% membership interest |
| Sophia Sheeks<br>1660 Sparkling Court<br>Dunedin, FL 34698 | | | 50% membership interest |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the _Manager and President_ of the _corporation (limited liability)_ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date__1/17/11__    Signature_____[signed]_____

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

____ continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
Middle District of Florida

In re _Eagles Nest Holdings, LLC_ _____  Case No. _____
                                    Debtor(s)                Chapter _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for the debtor in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

_1/17/11_ _____  _[signature]_ pres
Date                                  Signature of Attorney or Litigant
                                       Counsel for _[signature]_

## United States Bankruptcy Court
### Middle District of Florida

In re _Eagles Nest Holdings, LLC_____
                                    Debtor(s)

Case No. _____
Chapter _____

## VERIFICATION OF CREDITOR MATRIX

I, the _____ of the _____ named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _1/17/11_____                    _____[signature]_____ pres
                                                   Signer/Title

| | | |
|---|---|---|
| Eagles Nest Holdings, LLC<br>545 Frederica Lane<br>Dunedin, FL 34698 | APOLLO CARPET & PRESSURE CLEANING OF<br>3020 EVENSONG COURT<br>Holiday, FL 34690 | HOTELS AND RESTAUR<br>1940 NORTH MONROE STREET<br>Tallahassee, FL 32399-0783 |
| Christopher C. Todd<br>McIntyre, Panzarella, Thanasides et al<br>1819 Main Street<br>Suite 207<br>Sarasota, FL 34236 | Ashberry water Conditioning<br>706 G. Street<br>Brunswick, GA 31520 | DIVOTS SPORTSWEAR COMPANIN<br>5903 PEACHTREE INDUSTRIAL BS<br>Norcross, GA 30092 |
| Aberdeen Imports LLC<br>805 N. Milwaukee Avenue<br>Chicago, IL 60622 | BLAIR WATER CONDITIONING OF T.B.,<br>970 HARBOR LAKE DRIVE<br>Safety Harbor, FL 34695 | DION MICHAEL<br>7386 S. TAMIAMI TRL CORAL CM<br>Sarasota, FL 34231 |
| ACF consulting<br>2505 Seven Springs Blvd<br>Trinity, FL 34655 | BRIGHT HOUSE<br>PO BOX 30765<br>Tampa, FL 33630 | DOUG BELDEN, TAX COLLECTO<br>601 E. KENNEDY BLVD, 14TH FL<br>Tampa, FL 33602-0677 |
| ADT SECURITY SERVICES, INC.<br>P.O. BOX 650485<br>Dallas, TX 75265-0485 | CHENEY BROTHERS, INC.<br>2801 W. SILVER SPRINGS BLVD.<br>Ocala, FL 34472-5655 | DU COR INTERNATIONAL<br>P.O. BOX 593298<br>Orlando, FL 32859-3298 |
| Agronomic Resources<br>P.O. Box 761<br>Brandon, FL 33509-0761 | CIT TECHNOLOGY<br>C/O MCCARTHY, BURGESS & WOLF<br>26000 CANNON RD<br>Cleveland, OH 44146 | E-Z GO<br>PO BOX 905610 DIVISION OF TE<br>Charlotte, NC 28290-5610 |
| ALMAR TURF PRODUCTS, INC.<br>P O BOX 399<br>Thonotosassa, FL 33592 | COASTAL PRODUCE, INC.<br>P O BOX 11337 2801 E. HILLSBOROUGH<br>Tampa, FL 33680 | EAGLES MASTER ASSOCIATION<br>1902 Race Track Road<br>Tampa, FL 33626 |
| American Cancer Society | COMMERCIAL CLEANING SOURCE INC<br>8226 CRESCENT MOON DR<br>New Port Richey, FL 34655 | EASY PICKER GOLF PRODUCTSN<br>415 LEONARD BLVD<br>Lehigh, FL 33971 |
| AmeriGas<br>12205 Starkey Rd<br>Largo, FL 33773 | DIGICOR<br>11437 CHALLENGER AVE<br>Odessa, FL 33556 | EBS/COLSON AUTO ELECTRIC<br>901 LAKEVIEW ROAD<br>Clearwater, FL 33756 |

F & Y INC
PO BOX 1485
Tarpon Springs, FL 34688

FOSTER & COMPANY, INC.
15 WING DRIVE
Cedar Knolls, NJ 06927

HOME DEPOT
32-2534399567 P O BOX 9055
Des Moines, IA 50368-9055

FILTER PURE SYSTEMS
ACCT. DEPT. PO BOX 31157
Tampa, FL 33631-3157

G & K SERVICES
3735 CORPOREX PARK DR
Tampa, FL 33619

idearc MEDIA
PO BOX 619810
D/FW Airport, TX 75261-9810

FIRE FIGHTER, INC
PO BOX 888
Land o'Lakes, FL 34639

GCS SERVICE
P. O. BOX 64373
St. Paul, MN 55164-0373

INTERSTATE BATTERIES
1600 E BUSCH BLVD
Tampa, FL 33612

FIRST INSURANCE FUNDING
PO BOX 66468
Chicago, IL 60666-0468

GOLF AGRONOMICS SUPPLY & HANDLING
2165 17TH STREET
Sarasota, FL 34234

J & G Pro Of Tampa Bay
6302 E. Martin Luther King Blvd.Ste 49
Tampa, FL 33619

FL DEPT OF REVENUE/FL STATE'S ATTORNEYS
419 N. PIERCE ST
Tampa, FL 33602

GOLF SPECIALTIES
PO BOX 121197
Clermont, FL 34712

JOHN DEERE LANDSCAPES
24110 NETWORK PLACE
Chicago, IL 60673-1241

FLORIDA CONSTRUCTION SERVICES
545 FREDERICA LANE.
Dunedin, FL 34698

GOLF VENTURES
5101 Gateway Blvd suite 18
Lakeland, FL 33811

LANIER UPSHAW
P.O. Box 3066
Tallahassee, FL 32315-3066

Florida Department of Revenue
6302 E Dr Martin Luther King Jr Blvd Ste
Tampa, FL 33619

HAPPY POOLS
P.O. BOX 953
Odessa, FL 33556

Macfarlane Ferguson & McMullen
P.O. Box 1531
Tampa, FL 33601

FLORIDA POTTING SOILS, INC
P.O. BOX 532109
Atlant, GA 30353-2109

HARRELL'S
PO BOX 402927
Atlanta, GA 30384-2927

MICHAEL R. SHEEKS
1660 SPARKLING CT
Dunedin, FL 34698

FLORIDA STATE GOLF ASSOCIATION
8875 HIDDEN RIVER PKWY, SUITE 110
Tampa, FL 33637-2087

HILLSBOROUGH COUNTY BOCC
P O BOX 89097
Tampa, FL 33689

NIKE USA, INC.
P.O. BOX 847648
Dallas, TX 78284-7648

OMEGA INDUSTRIAL INC
485 EXPRESSWAY DR N
Coltsville, NY 11742

RGE DISTRIBUTING CO
CO PO BOX 68
Oldsmar, FL 34677

TEXTRON FINANCIAL INVESTMEC
TFC-BOB#3695, MS MA CPK 2 MB
Dorchester, MA 02125

PERFORMANCE FOOD GROUP

SHOWTURF
1365 NEPTUNE DR
Boynton Beach, FL 33426

TYGRIS COMM FIN.f/k/a US EXPLE
DEPT #1608
Denver, CO 80291-1608

PHILLADELPHIA INSURANCE COMPANIES
PO BOX 70251
Philadelphia, PA 19176-0251

ST. PETERSBURG TIMES
P.O. BOX 237
St. Petersburg, FL 33731-0237

ULTRA PURE BOTTLED WATER,IN
5202 SOUTH LOIS AVENUE
Tampa, FL 33611

PNC EQUIPMENT FINANCE
995 DALTON AVE.
Cincinnati, OH 45203

Stinger Tees, Inc.
26001 Miles Road unit 10
Warrensville Heights, OH 44128

UNITED STATES GOLF ASSOC, IN
PO BOX 708
Far Hills, NJ 07931-0708

POLICY MANAGERS
317 RIVEREDGE BLVD, STE 206
Cocoa, FL 32922

SUNRISE PROPANE
10105 HUDSON AVE.
Hudson, FL 34669

UPSTART PRODUCTS, INC
PO BOX 5777
Titusville, FL 32783-5777

PREMIUM ASSIGNMENT CORP.
PO BOX 3100 0
Tallahassee, FL 32315-3100

SYSCO FOOD SERVICES -H. COAST
PO BOX 1839
Palmetto, FL 34220

VERIZON FLORIDA, INC.
P.O. BOX 920041
Dallas, TX 75392

PROGRO, INC
18950 COUNTY HWY 5 W EAST
Dubuque, IL 61025

TAMPA ELECTRIC CO
PO BOX 31318
Tampa, FL 33631-3318

WASTE MANAGEMENT
P O BOX 105453
Atlanta, GA 30349-5563

PURITY CHEMICALS INC
PO BOX 188
Forest Park, GA 30297

TAYLOR MADE
PO BOX 3275
Tampa, FL 33601

WINDSTREAM COMMUNICATIONS
PO BOX 580451
Charlotte, NC 28258-0451

Radio America
P.O. Box 95379
Palatine, IL 60095-0379

TEXTRON FINANCIAL CORP-CART
DEPT. AT 40219
Atlant, GA 31192-0219

ZIM INTERNATIONAL
1828 SOUTH COBB INDUSTRIAL B
Smyrna, GA 30082