**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

EAGLES NEST HOLDINGS, LLC

Case No.: 08:11-bk-00672-MGW
Chapter 11

Debtor.
_____/

**DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY**

Eagles Nest Holdings, LLC, a Florida Limited Liability Company, as debtor and debtor-in-possession ("Debtor" or "RIP"), pursuant to Administrative order TPA-2005-2, hereby files its Chapter 11 Case Management Summary (the "Summary"), and states:

**INTRODUCTION**

On January 17, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

**I.     DESCRIPTION OF DEBTOR'S BUSINESS**

The Debtor is a Florida limited liability company in the business of managing and operating a golf course, pro shop, restaurant and ancillary businesses.

**II.    LOCATION(S) OF DEBTOR'S OPERATIONS AND WHETHER LEASED OR OWNED**

The Debtor owns a golf course, pro shop and restaurant located at 16101 Nine Eagles Drive, Odessa, FL 33556.

**III.   REASON FOR FILING CHAPTER 11**

The Debtor was formed on May 3, 2004.  Being principally involved in managing and operating a golf course, pro shop, restaurant and ancillary businesses, the Debtor's revenues have been suffering with the downturn in the economy.  The Debtor's level of debt is currently unsustainable and the Debtor seeks to reorganize in this Chapter 11 by negotiating its loan terms with its lenders to reduce principal obligations, reduce interest rates to reflect current economic realities, extend maturities, and/or surrender property as determined in the Debtor's business judgment.  The Debtor believes this reorganization will allow it the opportunity to continue to increase its strength, improve operating margins, and ultimately provide all parties in interest significantly more through its plan of reorganization than they would otherwise realize in the event of a liquidation.

**IV.    LIST OF OFFICERS AND DIRECTORS AND THEIR SALARIES AND BENEFITS AT TIME OF FILING AND DURING ONE YEAR PRIOR TO**

**FILING**

1. Time of Filing:

    Michael R. Sheeks – Managing Member, Salary - $1,000.00 per week
    Sophia Sheeks – Managing Member, Salary - $500.00 per week

2. One Year Prior to Filing:

    Michael R. Sheeks – Managing Member, Salary - $500.00 per week
    Sophia Sheeks – Managing Member, Salary - $250.00 per week

V. **DEBTOR'S ANNUAL GROSS REVENUE**

    2008:           approximately $3,732,382
    2009:           approximately $2,831,568
    2010:           approximately $2,266,614.66

VI. **AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS**

The Debtor may owe approximately the following amounts to the following classes of creditors, certain amounts of which may be subject to dispute:

| Taxes and other certain unsecured priority Debts: | $28,380 |
| --- | --- |
| Secured Creditors: | $6,796,896 |
| Amount of Unsecured Claims: | $293,562 |

VII. **GENERAL DESCRIPTION AND APPROXIMATE VALUE OF DEBTOR'S CURRENT AND FIXED ASSETS**

As of the date of its petition, Debtor had the following assets in the approximate values indicated below, all at non-depreciated book value wherever applicable:

| Real Property | $4,883,743 |
| --- | --- |
| Checking Account | $10,000 |
| Inventory/Merchandise | $Unknown |
| Furniture, Fixtures and Equipment | $Unknown |

VIII. **NUMBER OF EMPLOYEES AND AMOUNT OF WAGES OWED AS OF PETITION DATE**

The Debtor currently has sixty (60) employees. As of the Petition Date, the Debtor's accrued payroll obligations are approximately $41,481.85.

**IX.    STATUS OF DEBTOR'S PAYROLL AND SALES TAX OBLIGATIONS**

The Debtor is current on all payroll tax obligations. The Debtor has approximately $28,379.90 in outstanding sales taxes owed to the Florida Department of Revenue as of the Petition Date.

**X.    ANTICIPATED EMERGENCY RELIEF WITHIN 14 DAYS OF PETITION DATE**

1. Motion for Order Authorizing the Use of Cash Collateral of Textron Financial Corporation.
2. Motion for Authorizing to Pay Pre-Petition Wages
3. Motion for Authority to Pay Affiliate Officer Salary
4. Motion for Order Establishing Adequate Protection for Payment of Utilities.

WHEREFORE, Debtor, Eagles Nest Holdings, LLC, respectfully submits this Case Management Summary.

Respectfully submitted,

/s/ Christopher C. Todd
RICHARD J. MCINTYRE
Florida Bar No. 0962708
rich@mcintyrefirm.com
CHRISTOPHER C. TODD
Florida Bar No. 0072911
chris@mcintyrefirm.com
MCINTYRE, PANZARELLA, THANASIDES,
    HOFFMAN, BRINGGOLD & TODD, P.L.
400 N. Ashley Street, Ste. 1500
Tampa, Florida 33602
813.899.6059
813.899.6069 (F)
*Attorneys for the Debtor*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 19th day of January, 2011, the foregoing was furnished via CM/ECF and/or US Mail to the parties on the attached mailing matrix.

                /s/ Christopher C. Todd
                   Attorney